# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

130032

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEITH RISSMAN,
        Plaintiff-Appellee,

v

        SC: 130032
        COA: 261392
        Wayne CC: 02-237278-CZ

GENERAL MOTORS CORPORATION,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

t0427